AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**TOYOTA FOUR RUNNER,**
**VA LICENSE NUMBER, JGG4832**
**VIN - JTEBU14R030018025**

UNDER SEAL

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SEARCH WARRANT**

CASE NUMBER:

05 - 0587M - 01

TO:   Lavinia A. Quigley   and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Detective with the Metropolitan Police Department (MPD)** who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

TOYOTA FOUR RUNNER, VA LICENSE NUMBER, JGG4832, VIN - JTEBU14R030018025. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  14 NOV 2005
                                                      (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 0 8 2005 /59     at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  11:00 AM | NO ONE PRESENT  COPY WITH VEHICLE |

**INVENTORY MADE IN THE PRESENCE OF**  SA ANDREW SEKELA, SA REGINA BURRIS

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED LISTING



FILED

NOV 15 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  11-15-05
U.S. Judge or U.S. Magistrate Judge    Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __295C-WF-225310-T-40__

On (date) __11/10/2005__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) __TOYOTA FOUR RUNNER VEHICLE VA LIC#: JGG4832  Gifts Unlimited__
(Street Address) __1345A 4th St NE__
(City) __Washington, DC__

Description of Item(s): Item #1: 11 Louis Vuitton purses
Item #2: 3 Louis Vuitton bag carriers, Polo hat, 6 brown Louis Vuitton scarves, 6 Louis Vuitton wallets, documents
Item #3: 5 Louis Vuitton scarves, 3 Fendi scarves
Item #4: Prada labels, Gucci Labels
Item #5: Mastercard # 5584180002056011, BB&T Deposit slip, PNC Bank receipt, Bank of America check #197.

Received By: _(Signature)_    Received From: _(Signature)_

NOTE: Owner of vehicle not present.